IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HI-TECH PHARMACEUTICALS, INC. :
:
    Plaintiff, :
: CIVIL ACTION NO.
vs. :
: 1:05-CV-1964-CC
BAL-EDGE CORPORATION (d/b/a :
BRIM TECHNOLOGIES), et al., :
:
    Defendants. :

## ORDER

On February 4, 2009, this Court entered an Order granting Defendant Anything Distributors, Inc.'s motion for summary judgment. The docket reflects that the remaining Defendants, with the exception of Thomas Sherwood who was earlier dismissed for lack of personal jurisdiction, have not appeared in this action. The Clerk of Court entered default against Defendants Everett L. Farr, III, AFAB Industrial Services, Inc., Carolina Fulfillment Center, Inc., Henry Hadry, and SVT, Inc. in December 2005. Plaintiff has not sought default judgment against the defaulted defendants, and, insofar as this action has been pending for more than 6 months with no substantial proceedings of record, the Court hereby **DISMISSES** this case for failure to prosecute, pursuant to Local Rule 41.3A(3).

The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this <u>14th</u> day of <u>August</u>, 2009.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE