UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAL-EDGE CORPORATION et al, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:05-cv-1964-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 14th day of August, 2009.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Traci Clements-Campbell
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 August 14, 2009
James N. Hatten
Clerk of Court

By: /s/ Traci Clements-Campbell
    Deputy Clerk